FILED US District Court-UT
AUG 03 '22 AM10:51

TRINA A. HIGGINS, United States Attorney (#7349)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM STEPHEN HAYES,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 49 U.S.C. § 46504, Interference with a Flight Crew<br><br>Count 2: 49 U.S.C. § 46506 and 18 U.S.C. § 113(a)(4), Assault by Striking, Beating, and Wounding in the Special Aircraft Jurisdiction of The United States<br><br>Case: 2:22-cr-00275<br>Assigned To : Waddoups, Clark<br>Assign. Date : 8/2/2022 |

The Grand Jury charges:

COUNT 1
49 U.S.C. § 46504
(Interference with a Flight Crew)

On or about July 26, 2022, in the District of Utah and elsewhere,

WILLIAM STEPHEN HAYES,

the defendant herein, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), did assault and intimidate flight attendants and crew members of an aircraft, thereby interfering with the performance of the duties of the flight attendants

and crew members and lessening the ability of the flight attendants and crew members to perform those duties, in violation of 49 U.S.C. § 46504.

COUNT 2
49 U.S.C. § 46506 and 18 U.S.C. § 113(a)(4)
(Assault by Striking, Beating, and Wounding)

On or about July 26, 2022, in the District of Utah and elsewhere,

WILLIAM STEPHEN HAYES,

the defendant herein, did, in the special aircraft jurisdiction of the United States as defined in 49 U.S.C. § 46501(2), commit assault by striking, beating and wounding E.H.-S., in violation of 49 U.S.C. § 46506(1) and 18 U.S.C. § 113(a)(4).

A TRUE BILL:

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

MICHAEL KENNEDY
Assistant United States Attorney