IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM STEPHEN HAYES,<br><br>Defendant. | ORDER TO PREPARE A PRE-PLEA PRESENTENCE REPORT<br><br>Case No. 2:22-cr-275 CW |

Based on the Motion Requesting a Pre-Plea Presentence Report filed by defendant, William Stephen Hayes, in the above entitled matter and good cause appearing:

IT IS HEREBY ORDERED that the United States Probation Office prepare a Pre-Plea Presentence Report in the above entitled case. It is also ordered that Counsel for the Defendant be allowed to be present during the Presentence Report Interview conducted by the United States Probation Officer.

DATED this 19th day of September, 2022.

BY THE COURT:

Honorable Clark Waddoups
United States District Court Judge