AO 442 (Rev. 01/09) Arrest Warrant

FILED
2022 SEP 20 AM 9:17
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.

WILLIAM STEPHEN HAYES

*Defendant*

Case No. 2:22mj501 DBP
2:22-cr-00275-CW

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* WILLIAM STEPHEN HAYES,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

49 U.S.C. Section 46504, Interference with a Flight Crew
49 U.S.C. Section 46506 and 18 U.S.C. Section 113(a)(4), Assault in the Special Aircraft Jurisdiction of the United States

Date: 07/27/2022

*Issuing officer's signature*

City and state: Salt Lake City, Utah

Dustin B. Pead, Chief United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 7-27-2022, and the person was arrested on *(date)* 7-27-2022
at *(city and state)* Salt Lake City, Utah.

Date: 7-27-2022

*Arresting officer's signature*

McIntosh S.I.
*Printed name and title*