IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>WILLIAM STEPHEN HAYES,<br>Defendant. | **RELEASE ORDER**<br>Case No. 2:22-CR-275 CW<br>Judge Clark Waddoups |

The defendant appeared before the court on December 13, 2022 for a sentencing hearing. For the reasons stated on the record, the court orders the defendant released from the custody of the U.S. Marshal on December 16, 2022.

DATED this 13th day of December, 2022.

BY THE COURT:

Clark Waddoups
United States District Court Judge